UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD GLEAVES,

                    Plaintiff,

        against                                    CIVIL ACTION NO.:  19 Civ. 7279 (SLC)

COMMISSIONER OF SOCIAL SECURITY,                            **ORDER**

                    Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.


On February 12, 2020, the Court set a deadline for Defendant's motion for judgment on the pleadings (the "Motion") to be filed by March 9, 2020; for Plaintiff Reginald Gleaves' response to be filed by May 8, 2020; and for Defendant's reply to be filed by May 29, 2020.  (ECF No. 23). The Motion was timely filed on March 6, 2020 (ECF No. 28–29), with a certificate showing that the Motion was served on Mr. Gleaves on March 6, 2020 (ECF No. 30).  Mr. Gleaves has not responded to the Motion.  Mr. Gleaves is directed to file by **Monday, June 15, 2020**, a response to the Motion, including the reason for his delay, or a letter stating that he does not intend to respond to the Motion.

Chambers mailed a copy of this Order to Mr. Gleaves at the address below.

Dated:      New York, New York
            June 1, 2020

                                     SO ORDERED

                                     _____
                                     SARAH L. CAVE
                                     **United States Magistrate Judge**

Mailed To:   Reginald Gleaves
             148 West 141st Street
             Apt. 3A
             New York, NY 10030