**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REGINALD GLEAVES,

                Plaintiff,           19 **CIVIL** 7279 (SLC)

     -against-              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 21, 2020, the motion is granted and this case is closed.

**Dated:** New York, New York
          August 24, 2020

                                          **RUBY J. KRAJICK**
                                          _____
                                              **Clerk of Court**
**BY:**
                                              _____
                                                **Deputy Clerk**